**Opinion filed April 9, 2009**



# In The

# Eleventh Court of Appeals

_____

## No. 11-08-00291-CV

_____

**ZOLTEK CORPORATION AND ZOLTEK PROPERTIES, INC., Appellants**

**V.**

**LAUREN ENGINEERS & CONTRACTORS, INC., Appellee**

**On Appeal from the 350th District Court**

**Taylor County, Texas**

**Trial Court Cause No. 07728-D**

**M E M O R A N D U M   O P I N I O N**

The parties have filed in this court a joint motion to dismiss this appeal. The motion is granted, and the appeal is dismissed.

PER CURIAM

April 9, 2009

Panel consists of: Wright, C.J.,
McCall, J., and Strange, J.